**Janice JOHNSON, Appellant,**

v.

**Officer COX, Appellee.**

No. 00–3865.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2001.

Filed: July 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Arkansas inmate Janice Johnson appeals the district court's dismissal without prejudice of Johnson's civil rights complaint against a prison official, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e. Having reviewed the record and Johnson's brief, we conclude the court did not commit error in dismissing her complaint. *See McAlphin v. Morgan,* 216 F.3d 680, 682 (8th Cir.

2000) (per curiam). We affirm. *See* 8th Cir. R. 47B.